

**FASULO BRAVERMAN & DI MAGGIO, LLP**

**ATTORNEYS AT LAW**

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & MA

www.FBDMLaw.com
SBraverlaw@fbdmlaw.com

**MEMO ENDORSED**

Hon. Nelson S. Román
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Dwight Simmons*
Dkt.   17 Cr 785 -02

Dear Judge Román:

The Court grants Deft's/counsel's request to re-appoint Samuel Braverman as CJA counsel for the purpose of Deft's motion for compassionate release. Deft. is also granted an extension of time until Mar. 8, 2021 to file supplemental papers. The Gov't is granted until Mar. 22, 2021 to file a sur-reply, if any. The Clerk of Court is requested to terminate the motions (docs. 72, 73 and 74) and mail a copy of this endorsement to Deft. at the following address: Dwight Simmons, Fed. Reg. No. 79942-054, F.C.I. Schuylkill, P.O. Box 759, Minersville, PA 17954-0759.

December 4, 2020

SO ORDERED:

Dated: Feb. 2, 2021
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

I write to the Court on behalf of my former client Dwight Simmons, previously sentenced by this Court to 84 months. Mr. Simmons has filed a *pro se* motion for compassionate release, to which the Government has filed an answer in opposition.

I request that this Court re-appoint me to represent Mr. Simmons on his motion, to file papers on his behalf (perhaps clarifying and expanding his papers) and supplementing his arguments to best present them to the Court.

I also request that I be given additional time to file papers on Mr. Simmons' behalf, expanding the time to file a reply to January 19, 2021. I have spoken with AUSA Gillian Grossman and the Government has no objection to an expansion of the time to file a reply. I consent in advance if the Government seeks to file a sur-reply if I raise any new issues in my pleadings.

I thank the Court for its consideration of my request, and I hope that the Court and all staff stay healthy and safely distant from danger.

Respectfully submitted,

___s/ Sam Braverman___
Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724

1

Cc:    All Parties (BY EMAIL AND ECF)

**225 Broadway, Suite 715**
**New York, New York 10007**
Tel (212) 566-6213
Fax (212) 566-8165

**505 Eighth Avenue, Suite 300**
**New York, New York 10018**
Tel (212) 967-0352
Fax (201) 596-2724

**Post Office Box 127**
**Tenafly, New Jersey 07670**
Tel (201) 569-1595
Fax (201) 596-2724